AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

McDonald's Corporation, McDonald's USA,
LLC, Lexi Management, LLC, and DAK4, LLC

CASE NUMBER:     1:20-cv-05057

V.

ASSIGNED JUDGE:     Charles P. Kocoras

Austin Mutual Insurance Company

DESIGNATED
MAGISTRATE JUDGE:  Jeffrey T. Gilbert

TO: (Name and address of Defendant)

Austin Mutual Insurance Company
c/o Illinois Department of Insurance
122 South Michigan Avenue, 19th Floor
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Angela R. Elbert
Paul Walker-Bright
Neal Gerber & Eisenberg, LLP
2 North LaSalle Street, 17th Floor
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

T█                                                                        August 28, 2020

(B█                                                                        DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | **DATE**<br>August 28, 2020 |
| **NAME OF SERVER** *(PRINT)*<br>Matt Baker | **TITLE**<br>Director of Compliance & Information Governance |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☑  Other (specify):   Mailed copies to the Illinois Department of Insurance per the DOI's instructions due to closure

of offices pursuant to Governor's Executive Orders; copies mailed to Marcy Savage, Assistant Deputy Director

Corporate Regulatory Services, Illinois Department of Insurance, 320 West Washington Street, Springfield, Illinois 62767

## STATEMENT OF SERVICE FEES

| TRAVEL<br>None | SERVICES<br>Mail/Federal Express | TOTAL<br>$20 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/28/20
                  *Date*

*Signature of Server*

2 North LaSalle Street, 17th Floor, Chicago, IL 60602

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.