0335.081980 (207)  RMC/WWE  No. 397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| McDONALD'S CORPORATION, McDONALD'S USA, LLC, LEXI MANAGEMENT, LLC, and DAK4, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 20-cv-5057 |
| v. | ) ) ) | Judge Charles P. Kocoras |
| AUSTIN MUTUAL INSURANCE COMPANY, | ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. | ) ) | |

## DEFENDANT'S MOTION FOR JUDICIAL NOTICE

Defendant, Austin Mutual Insurance Company, by its attorneys, Robert Marc Chemers and William W. Elinski of Pretzel & Stouffer, Chartered, respectfully requests this Honorable Court, pursuant to Federal Rule of Evidence 201, to take judicial notice of a June 24, 2020 Order entered in the underlying Massey Lawsuit. In support hereof, Defendant states as follows:

1. "The court may judicially notice [an adjudicative fact] that is not subject to reasonable dispute because it … can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(a), (b).

2. The most frequent use of judicial notice of ascertainable facts is in noticing the contents of court records. *GE Capital Corp. v. Lease Resolution Corp.*, 128 F.3d

1074, 1081 (7th Cir. 1997); *Opoka v. INS*, 94 F.3d 392, 394 (7th Cir. 1996) (the decision of another court, both within and outside of the federal judicial system, is a proper subject of judicial notice); *Henson v. CSC Credit Servs.*, 29 F.3d 280, 284 (7th Cir. 1994) (the district court may take judicial notice of matters of public record without converting a 12(b)(6) motion into a motion for summary judgment).

3. In its Rule 12(b)(6) motion to dismiss, Defendant references the June 24, 2020 Order entered by Judge Eve Reilly in the underlying action, *Massey v. McDonald's Corp.*, No. 20 CH 4247 (Circuit Court of Cook County, Illinois). A copy of the Order is attached hereto as Exhibit A. The Order may also be located on the Lexis research database, *Massey v. McDonald's Corp.*, No. 20 CH 4247, 2020 Ill. Cir. LEXIS 465 (Ill. Cir. Ct. June 24, 2020).

WHEREFORE, Defendant, Austin Mutual Insurance Company, respectfully requests this Honorable Court, pursuant to Federal Rule of Evidence 201, to take judicial notice of the June 24, 2020 Order entered in the underlying Massey Lawsuit

/s/ *Robert Marc Chemers*
Robert Marc Chemers, Bar Number: 0431508
rchemers@pretzelstouffer.com
William W. Elinski, Bar Number: 6257058
welinski@pretzelstouffer.com
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 346-1973
Fax: (312) 346-8242
*Attorneys for Defendant*