0335.081980 (207)　　　　　　　　RMC/WWE　　　　　　　　　　No. 397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| McDONALD'S CORPORATION, McDONALD'S USA, LLC, LEXI MANAGEMENT, LLC, and DAK4, LLC, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br> AUSTIN MUTUAL INSURANCE COMPANY, <br><br>　　　　　Defendant. | No. 20-cv-5057 <br><br> Judge Charles P. Kocoras <br><br> Magistrate Judge Jeffrey T. Gilbert |

## DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS

Defendant, Austin Mutual Insurance Company, by its attorneys, Robert Marc Chemers and William W. Elinski of Pretzel & Stouffer, Chartered, moves this Honorable Court, pursuant to Federal Rules of Civil Procedure 12(b)(6), to dismiss Plaintiffs' Complaint in its entirety. In support hereof, Plaintiff submits its Memorandum of Law.

　　　　　　　　　　　　　　　　　　　　*/s/ Robert Marc Chemers*
　　　　　　　　　　　　　　　　　　　　Robert Marc Chemers, Bar Number: 0431508
　　　　　　　　　　　　　　　　　　　　rchemers@pretzel-stouffer.com
　　　　　　　　　　　　　　　　　　　　William W. Elinski, Bar Number: 6257058
　　　　　　　　　　　　　　　　　　　　welinski@pretzel-stouffer.com
　　　　　　　　　　　　　　　　　　　　PRETZEL & STOUFFER, CHARTERED
　　　　　　　　　　　　　　　　　　　　One South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　Telephone:　(312) 346-1973
　　　　　　　　　　　　　　　　　　　　Fax:　　　　(312) 346-8242
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*