**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MCDONALD'S CORPORATION, MCDONALD'S USA, LLC, LEXI MANAGEMENT, LLC, and DAK4, LLC, *Plaintiffs,* v. AUSTIN MUTUAL INSURANCE COMPANY, *Defendant.* AUSTIN MUTUAL INSURANCE COMPANY, *Counter-Plaintiff,* v. MCDONALD'S CORPORATION, MCDONALD'S USA, LLC, LEXI MANAGEMENT, LLC, and DAK4, LLC, *Counter-Defendants.* | No. 20-cv-5057 Judge John Robert Blakey Magistrate Judge Jeffrey T. Gilbert |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs and Counter-Defendants McDonald's Corporation, McDonald's USA, LLC, Lexi Management, LLC, and DAK4, LLC, and Defendant and Counter-Plaintiff Austin Mutual Insurance Company (collectively "the Parties") hereby move to dismiss the above-captioned matter and related causes of action and counterclaims with prejudice. In support thereof, the Parties state as follows:

1

1.     Dismissal with prejudice of all claims is appropriate at this time as the Parties have settled their disputes and have entered into a Settlement Agreement incorporating the terms and conditions of the same.

2.     The Parties request that all claims asserted by Plaintiffs and that all counterclaims asserted by Defendant be dismissed with prejudice to the refiling of same, with each Party to bear its own costs and attorneys' fees.

WHEREFORE, the Parties respectfully request that the Court enter an order dismissing all causes of action and counterclaims in the above-captioned matter with prejudice, and any further relief as the Court deems just and proper.

Date:  June 17, 2022

| MCDONALD'S CORPORATION and MCDONALD'S USA, LLC | LEXI MANAGEMENT, LLC |
|---|---|
| By:     /s/ Paul Walker-Bright<br>          One of the Attorneys for<br>          Plaintiffs/Counterdefendants<br>          McDonald's Corporation and<br>          McDonald's USA, LLC | By:     /s/ Christopher D. Willis<br>          One of the Attorneys for<br>          Plaintiff/Counterdefendant<br>          Lexi Management, LLC |
| Angela R. Elbert (ARDC# 6236964)<br>aelbert@nge.com<br>Paul Walker-Bright (ARDC# 6226315)<br>pwalkerbright@nge.com<br>NEAL, GERBER & EISENBERG LLP<br>Two North LaSalle Street, 17th Floor<br>Chicago, Illinois 60602<br>Telephone:  (312) 269-8000<br>Facsimile:  (312) 269-1747 | Edward K. Grasse<br>edgrasse@grasselegal.com<br>Christopher D. Willis<br>cwillis@grasselegal.com<br>Grasse Legal, LLC<br>1900 E. Golf Road, Suite 950<br>Schaumburg, IL 60173<br>Telephone: (312) 307-7236<br>Facsimile: (312) 348-5127 |

| | |
|---|---|
| DAK4, LLC | AUSTIN MUTUAL INSURANCE COMPANY |
| By: /s/ Sande S. Shamash<br>One of the Attorneys for Plaintiff/Counterdefendant DAK4, LLC | By: /s/ Michael L. Rice<br>One of the Attorneys for Defendant/Counterplaintiff Austin Mutual Insurance Company |
| Anthony J. Madonia (ARDC# 6205042)<br>amadonia@madonia.com<br>Sande S. Shamash (ARDC# 6216829)<br>sshamash@madonia.com<br>Anthony J. Madonia & Associates, Ltd.<br>2700 South River Road, Suite 150<br>Des Plaines, Illinois 60018<br>Telephone: (312) 578-9300<br>Facsimile: (312) 578-9303 | Holly A. Harrison (ARDC# 6191675)<br>Michael L. Rice (ARDC# 6325385)<br>HARRISON LAW LLC<br>141 W. Jackson Blvd., Suite 2055<br>Chicago, IL 60604<br>(t) (312) 638-8776<br>(f) (312) 638-8793<br>hollyharrison@hlawllc.com<br>mikerice@hlawllc.com |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 17, 2022, a true and correct copy of the foregoing Joint Motion to Dismiss with Prejudice was filed with the Court via the Court's CM/ECF system, which will provide notice to counsel for the parties.

>
> */s/ Michael L. Rice*
> One of the Attorneys for Defendant/Counterplaintiff
> Austin Mutual Insurance Company