# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

McDonald's Corporation, et al.

                              Plaintiff,

v.                                                 Case No.: 1:20−cv−05057
                                                        Honorable John Robert Blakey

Austin Mutual Insurance Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 24, 2022:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' joint motion to dismiss [96], hereby dismisses this case (including all claims and counterclaims) with prejudice under Rule 41(a), and strikes the 6/30/22 Notice of Motion date. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.